James M. Wood (State Bar No. 58679)
Colleen T. Davies (State Bar No. 111371)
Dana M. Reedy (State Bar No. 239970)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572
Email: jmwood@reedsmith.com
       cdavies@reedsmith.com
       dreedy@reedsmith.com

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:  510.763.2000
Facsimile:  510.273.8832

Attorneys for Defendant
Eli Lilly and Company, a corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANNY MILLER,<br><br>    Plaintiff,<br><br>vs.<br><br>ELI LILLY AND COMPANY,<br><br>    Defendant. | No. C 06-5438 MJJ<br><br>Before the Honorable Martin J. Jenkins<br><br>[■■■■■■■■] **ORDER VACATING AND/OR CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Conference Date:  December 5, 2006<br>Conference Time:  2:00 p.m.<br>Location:         Courtroom 11, 19th Fl., SF |

1    For the reasons set forth in the Joint Case Management Conference Statement, the Court
2    hereby continues the December 5, 2006, Case Management Conference ("CMC") is vacated,
3    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ this case will likely have been transferred to
4    the Eastern District of New York as part of MDL No. 1596 – In re Zyprexa Liability Litigation. ▓
5    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
6    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

IT IS SO ORDERED

DATED: 11/28/2006

_____
The Honorable Martin J. Jenkins

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

No.: C 06 5438 MJJ         – 2 –         DOCSOAK-9854721.1-DREEDY
[▓▓▓▓▓] Order Continuing Case Management Conference